**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CURTIS JACKSON,**<br>**On behalf of himself and all others similarly situated** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 6:25-cv-03213-BP** |
| **MULTI-CRAFT CONTRACTORS, INC.** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**TO AMEND THE PHASE I SCHEDULING ORDER**

Plaintiff Curtis Jackson respectfully moves for an Order, pursuant to Local Rule 16.3, extending his deadline to move for certification of a collective and/or class action by 28 days, from February 27 to March 27, 2026. *See* Doc. 11. In support, Plaintiff states as follows:

1. Plaintiff initiated this class/collective wage action under the Fair Labor Standards Act on August 5, 2025. Doc. 1.

2. On October 9, 2025, the Court entered a scheduling order directing that this matter will proceed in two phases, with the first phase culminating in Plaintiff's filing of a motion for conditional certification of a collective and/or class action. Doc. 11.

3. The Phase I Scheduling Order identifies February 27, 2026 as both the close of Phase I discovery and the deadline for Plaintiff to move for conditional certification. Doc. 11, ¶ 3.

4. The parties anticipate having Phase I discovery completed by February 27, 2026, but Plaintiff respectfully requests an additional four weeks to move for certification, through March 27, 2026.

5. The parties have depositions scheduled to occur on February 12, 2026 (Plaintiff Jackson's deposition) and February 25, 2026 (Defendant's corporate representative). *See* Docs. 26-27. This request is made to allow Plaintiff's counsel adequate time to obtain the transcript from Defendant's corporate representative deposition and incorporate relevant testimony into the forthcoming certification motion.

6. To date, Plaintiff has diligently pursued discovery. Indeed, shortly before entry of the Phase I Scheduling Order, Plaintiff served an initial set of written discovery seeking information and documents relevant to class certification (e.g., Defendant's policies and procedures, job descriptions for putative class members, organization structure information, etc.), along with information and documents relevant to the named Plaintiff's individual wage claims. Doc. 8 (Plaintiff's certificate of service of first set of written discovery, dated September 16, 2025).

7. After substituting defense counsel, Defendant ultimately responded to Plaintiff's first set of written discovery on December 8, 2025. *See* Doc. 21.

8. Thereafter, the parties pursued resolution of this matter in a mediation with Ron Mitchell on January 9, 2026. Despite the parties' good faith efforts, mediation was unsuccessful in resolving the matter.

9. Following the unsuccessful mediation, the parties promptly turned their attention to finishing necessary discovery ahead of the February 27 deadline to do so. Defendant initially set Plaintiff Curtis Jackson's deposition for January 26, 2026, but it was postponed due to inclement weather. Since then, the parties have firmly set Mr. Jackson's deposition for February 12 and Defendant's corporate representative deposition for February 25, 2026. Docs. 26-27.

10. Plaintiff does not envision any other Phase I discovery occurring between now and the close of Phase I discovery beyond these two final depositions.

11. Undersigned counsel conferred with Defendant's counsel and confirmed Defendant does not oppose the proposed extension to allow Plaintiff adequate time to obtain transcripts of the upcoming depositions before moving for conditional certification.

12. No previous extensions have been requested by the parties.

WHEREFORE, Plaintiff respectfully requests the Court modify the Phase I Schedule to extend the deadline for Plaintiff's motion for conditional certification of a collective and/or class action by 28 days, up to and including March 27, 2026.

Respectfully submitted,

*/s/ John F. Doyle*


John F. Doyle, MO Bar No. 66626
Daniel L. Doyle, MO Bar No. 37305
Brittany K. Ussery, MO Bar No. 76098
DOYLE & BRUCE LLC
748 Ann Avenue
Kansas City, Kansas 66101
(913) 543-8558
Dan@KCLaw.com
John@KCLaw.com
Brittany@KCLaw.com


***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed using the Court's ECF system on February 5, 2026, which sends electronic notification of the same to all counsel of record.

*/s/ John F. Doyle*
***Counsel for Plaintiff***